# In the United States Court of Federal Claims

No. 16-273C

(Filed: May 24, 2016)

```
*************************************  *
                                       *
STEVEN DEON TURNER, JR.,               *
                                       *
            Plaintiff,                 *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
            Defendant.                 *
                                       *
*************************************  *
```

### DISMISSAL ORDER

On May 13, 2016, pro se Plaintiff Steven Deon Turner, Jr. filed a motion to withdraw his claims currently pending before this Court. For good cause shown, Plaintiff's motion is GRANTED. Accordingly, this case is DISMISSED. The Clerk is directed to dismiss Plaintiff's complaint without prejudice.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge